Argued and submitted May 30, reversed and remanded for reconsideration
July 3, 1996

STATE OF OREGON
*Respondent,*

*v.*

BRENT JAMES DOUGAN,
*Appellant.*

(C95-02-41631; CA A89014)

918 P2d 868

Andy Simrin, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *State v. Aguilar*, 139 Or App 175, 912 P2d 379, *rev den* 323 Or 265 (1996).